

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-17-00362-CV


IN RE GALE C. HUTCHINSON, JR.                                    RELATOR


----------

ORIGINAL PROCEEDING
TRIAL COURT NOS. 1450346, 1450350

----------

## MEMORANDUM OPINION[1]

----------

The court has considered relator's application for writ of habeas corpus and is of the opinion that relief should be denied. Accordingly, relator's application for writ of habeas corpus is denied.

PER CURIAM

PANEL: MEIER, WALKER, and PITTMAN, JJ.

DELIVERED: October 27, 2017

---

[1]See Tex. R. App. P. 47.4, 52.8(d).